✓ RETAIN

Nancy V. Alquist , U. S. BANKRUPTCY JUDGE

Evidentiary Hrg: Y /N/
Exhibits Filed: Y /N/

PROCEEDING MEMO - CHAPTER 13

Date: 02/20/2024   Time: 10:00

CASE: 23-17502 Donte Lewis

*No appearance by Debtor himself, counsel present*

Kim D. Parker representing Donte Lewis (Debtor)

___ B. Tucci ___ D. Piekarz (_ J. Schropp )
       representing Brian A. Tucci (Trustee)

[6] Chapter 13 Plan Filed by Donte Lewis.

**MOVANT**: Donte Lewis BY K. Parker

DISPOSITIONS: *Per Ms Parker, Debtor consents to Denial of Confirmation without Leave to Amend*

Plan: Confirmed Modified Hold Interlineation:$___ Mos.___ Converted to Ch___
(Denied without)/with (leave to amend) by:_____ Conf:_____ Dismissed
Continued to: _____

Other Matters: (List Paper No next to ruling)

| | | | | |
|---|---|---|---|---|
| Granted | _____ | Sustained _____ | Denied | _____ |
| Overruled | _____ | Withdrawn _____ | Under Adv. | _____ |
| Moot | _____ | Consent   _____ | Dismissed | _____ |
| O.T.J. Fee | _____ | | | |

DECISION:

[ ] Signed by Court            [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel       [ ] Court
    [ ] Respondent's counsel   [ ] Other _____

NOTES:

*Zero payments*