Entered: February 27th, 2024
Signed: February 26th, 2024

**SO ORDERED**

WITH CONSENT OF THE DEBTOR PER COUNSEL ON THE RECORD AT A HEARING HELD ON FEBRUARY 20, 2024.



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **23–17502 – NVA**   Chapter: **13**

**Donte Lewis**
Debtor

## ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN
## WITHOUT LEAVE TO AMEND

Having held a hearing on confirmation of the Chapter 13 Plan proposed by the Debtor, and having concluded that the proposed Plan does not fulfill the requirements for confirmation set out in 11 U.S.C. § 1325 and that the Debtor is unable to file a Plan that is susceptible of confirmation, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that confirmation of the Chapter 13 Plan proposed by the Debtor is denied without leave to amend or to file another Plan or modification of a Plan; and it is further

ORDERED, that if, within fourteen (14) days from the date of entry of this Order, this case is not converted to a case under another chapter or voluntarily dismissed, then this case may be dismissed by the Court pursuant to 11 U.S.C. § 1307(c)(5)) without further notice or hearing.

cc:   Debtor – Donte Lewis
      Attorney for Debtor – Kim D. Parker
      Case Trustee – Brian A. Tucci

**End of Order**

08x04a (rev. 04/04/2006) – JoyceYalley